848

No. 10–10753. HURST v. HANTKE ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–10754. HOWARD v. BYARS, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–10755. FORNEY v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 10–10756. FIELDS v. GUNDY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–10757. HEFLEY v. DELAWARE. C. A. 3d Cir. Certiorari denied.

No. 10–10758. HAMILTON v. WILKINSON, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–10760. GALLAHER v. SOUTHERN TUBE FORM, LLC, ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–10761. FISHER v. HOLINKA, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–10762. GIBBONS v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–10763. HARPER v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–10765. ORIAKHI v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10767. JEFFERS v. MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 10–10768. STEGEMAN v. SUPERIOR COURT OF GEORGIA, STONE MOUNTAIN JUDICIAL CIRCUIT, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–10770. CARROLL v. DODGE. Sup. Ct. Va. Certiorari denied.